# EXHIBIT C

# A. Settlement Statement U.S. Department of Housing and Urban Development OMB Approval No 2502-0265

## B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File No. **2019-1148-TX** | 7. Loan No. **1903958** | 8. Mortgage Insurance Case No. |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower:<br>**EK Real Estate Services of NY, LLC**<br>**79 Madison Avenue**<br>**New York, NY 10016** | E. Name & Address of Seller:<br>**Cristina Felix and Ronnell Young**<br>**708 Dema Lane**<br>**Burleson, TX 76028** | F. Name & Address of Lender:<br>**LendingOne, LLC**<br>**901 Yamato Road**<br>**Boca Raton, FL 33487** |
|---|---|---|
| G. Property Location:<br>**708 Dema Lane**<br>**Burleson, TX 76028** | H. Settlement Agent:<br>**Blueprint Title - TX** | I. Settlement Date:<br>**07/25/2019**<br>Funding Date:<br>**07/25/2019**<br>Disbursement Date:<br>**07/25/2019** |
| | Place of Settlement:<br>**7250 Dallas Parkway 4th Floor Plano, TX 75024** | |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | $166,000.00 | 401. Contract sales price | $166,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $5,989.46 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustment for items paid by seller in advance** | | **Adjustment for items paid by seller in advance** | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | **$171,989.46** | **420. Gross Amount Due to Seller** | **$166,000.00** |
| **200. Amount Paid by or in Behalf of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | $112,000.00 | 502. Settlement charges to seller (line 1400) | $2,415.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff to Resolution Finance, LLC | $29,619.80 |
| 205. | | 505. Payoff of Second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/Town Taxes 01/01/2019 to 07/25/2019 | $2,456.16 | 510. City/Town Taxes 01/01/2019 to 07/25/2019 | $2,456.16 |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. Termination Option Price | $60,000.00 | 514. Termination Option Price | $60,000.00 |
| 215. First Month's Rent | $1,276.00 | 515. First Month's Rent | $1,276.00 |
| 216. Seller Closing Cost Credit to Buyer | $5,415.00 | 516. Seller Closing Cost Credit to Buyer | $5,415.00 |
| 217. Rent Holdback | $7,092.00 | 517. Rent Holdback | $7,092.00 |
| 218. July Prorated Rent | $329.29 | 518. July Prorated Rent | $329.29 |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | **$188,568.45** | **520. Total Reduction Amount Due Seller** | **$108,603.25** |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | $171,989.46 | 601. Gross amount due to seller (line 420) | $166,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | $188,568.45 | 602. Less reductions in amounts due seller (line 520) | $108,603.25 |
| 303. Cash ☐ From ☒ To Borrower | $16,578.99 | 603. Cash ☒ To ☐ From Seller | $57,396.75 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.

The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

The information requested does not lend itself to confidentiality.

| L. Settlement Charges | | |
|---|---|---|
| **700. Total Real Estate Broker Fees** | **Paid From Borrower's Funds at Settlement** | **Paid From Seller's Funds at Settlement** |
| Division of commission (line 700) as follows : | | |
| 701. $ | | |
| 702. $ to EasyKnock, Inc. | | |
| 703. Commission paid at settlement | | |
| 704. | | |
| **800. Items Payable in Connection with Loan** | | |
| 801. Our origination charge | $2,200.00 | |
| 802. Your credit or charge (points) for the specific interest rate chosen | | |
| 803. Appraisal fee to LendingOne, LLC - POC by borrower $645.00 | | |
| 804. Credit report | | |
| 805. Tax service | | |
| 806. Flood certification | | |
| 807. Processing Fee to LendingOne, LLC | $100.00 | |
| 808. Document Preparation Fee to LendingOne, LLC | $595.00 | |
| 809. | | |
| 810. | | |
| **900. Items Required by Lender to be Paid in Advance** | | |
| 901. Daily interest charges from 07/25/2019 to 08/01/2019 @ $21.78 /day | $152.46 | |
| 902. Mortgage insurance premium | | |
| 903. Homeowner's insurance | | |
| 904. | | |
| **1000. Reserves Deposited with Lender** | | |
| 1001. Initial deposit for your escrow account | | |
| 1002. Homeowner's insurance | | |
| 1003. Mortgage insurance | | |
| 1004. Property taxes | | |
| 1005. | | |
| 1006. | | |
| 1007. Aggregate Adjustment $0.00 | | |
| **1100. Title Charges** | | |
| 1101. Settlement or closing fee $0.00 | | |
| 1102. Owner's title insurance to Westcor Land Title Insurance Company | $1,241.00 | |
| 1103. Lender's title insurance to Westcor Land Title Insurance Company $100.00 | $100.00 | |
| 1104. Lender's title policy limit $112,000.00 | | |
| 1105. Owner's title policy limit $166,000.00 | | |
| 1106. Escrow Fee to Blueprint Title - TX $800.00 | $800.00 | |
| 1107. | | |
| 1108. | | |
| 1109. Title - State of Texas Policy Guaranty Fee (Owner's Policy) to Texas Title Insurance Guaranty Association | $2.00 | |
| 1110. Title - State of Texas Policy Guaranty Fee (Lender's Policy) to Texas Title Insurance Guaranty Association $2.00 | $2.00 | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Recording fees: Deed $38.00 Mortgage $130.00 Release $ to Tarrant County Recording Office | $168.00 | |
| 1202. City/County tax/stamps Deed $ Mortgage $ | | |
| 1203. State tax/stamps Deed $ Mortgage $0.00 | | |
| 1204. | | |
| 1205. Assignment of Leases and Rents | $54.00 | |
| **1300. Additional Settlement Charges** | | |
| 1301. | | |
| 1302. | | |
| 1303. Mobile Notary Service for Seller Signing to Sale Signings, LLC | $150.00 | |
| 1304. Processing Fee to EasyKnock, Inc. | | $2,415.00 |
| 1305. Survey Fee, Plot Plan to Premier Surveying LLC | $425.00 | |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| 1309. | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | **$5,989.46** | **$2,415.00** |

EK Real Estate Services of NY, LLC, a New York Limited Liability Company

By: *Benjamin Black*   07/25/2019
    Benjamin Black, Authorized Signatory    Date

_____    _____
Cristina Felix          Date   Ronnell Young          Date

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

_____
Settlement Agent                                    Date