IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CRISTINA FELIX AND RONNELL YOUNG, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-1130 |
| EK REAL ESTATE SERVICES OF NY, LLC, AN AFFILIATE OF EASYKNOCK, INC., EASYKNOCK, INC., AND LENDINGONE, LLC, | § § § § § | |
| *Defendants*. | § | |

### PLAINTIFFS CRISTINA FELIX AND RONNELL YOUNG'S CERTIFCATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiffs Cristina Felix and Ronnell Young files this Certificate of Interested Parties, and respectfully submits as follows:

I.

The undersigned counsel of record for Plaintiffs states to the best of their knowledge that the following is a full and complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

**Cristina Felix and Ronnell Young**

**EK Real Estate Services of NY,**

**LLC EasyKnock, Inc.**

**LendingOne, LLC**

To the best of the undersigned counsels' knowledge, EK Real Estate Services of NY, LLC is 100% owned by EasyKnock, Inc., but no publicly held corporation owns 10% or more of the stock of any of the Defendant entities. This list will be supplemented if additional parties are added or if additional interested parties or public held parent companies are identified.

II.

The undersigned counsel of record further certifies that the following is a full and complete list of all persons and firms serving as attorneys for the parties in this proceeding at this time:

Robin M. Ziek
Attorney at Law
State Bar No.: 22262575
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Telephone: (713) 222-8030
Facsimile: (832) 565-9011
rziek@sbcglobal.net

Adam D. Pogach
POGACH PLLC
State Bar. No.: 24048734
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Telephone: (713) 524-5400
Facsimile: (713) 524-5401
adam@lawdifferent.com

Cris Feldman
FELDMAN & FELDMAN, P.C.
State Bar. No.: 24012613
3355 W. Alabama St, 1220
Houston, Texas 77098
Telephone: (713) 986-9471
Facsimile: (713) 986-9472
cris.feldman@feldman.law

**ATTORNEYS FOR PLAINTIFFS**
**CRISTINA FELIX AND RONNELL YOUNG**

This list will be supplemented when attorneys make an appearance for other parties in this proceeding.

Dated: October 7, 2021

                                                  Respectfully submitted,

                                                  [Signature on following page]

By:   /s/ Robin M. Ziek
    Robin M. Ziek
    Attorney at Law
    State Bar No.: 22262575
    24 Greenway Plaza, Suite 2050
    Houston, Texas 77046
    Telephone: (713) 222-8030
    Facsimile: (832) 565-9011
    rziek@sbcglobal.net

POGACH PLLC

By:      /s/ Adam D. Pogach
    Adam D. Pogach
    State Bar. No.: 24048734
    24 Greenway Plaza, Suite 2050
    Houston, Texas 77046
    Telephone: (713) 524-5400
    Facsimile: (713) 524-5401
    adam@lawdifferent.com

FELDMAN & FELDMAN, P.C.

By:      /s/ Cris Feldman
    Cris Feldman
    State Bar. No.: 24012613
    3355 W. Alabama St, 1220
    Houston, Texas 77098
    Telephone: (713) 986-9471
    Facsimile: (713) 986-9472
    cris.feldman@feldman.law

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:      /s/ Cory Halliburton
    Cory Halliburton
    State Bar. No.: 24041044
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76015
    Telephone: (817) 795-5046
    Facsimile: (866) 248-4297
    challiburton@wkpz.com

**ATTORNEYS FOR CRISTINA FELIX AND RONNELL YOUNG**